| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Gregory C. Ashcraft, SBN 295946<br>Law Offices of Gregory C. Ashcraft, APC<br>29970 Technology Drive, Ste. . 217<br>Murrieta, CA 92563<br>Phone: 951-304-3431 FAX: 951-304-0941<br>firm@ashcraftfirm.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Mark J. Pacitti<br>Diane L. Pacitti | CASE NO.: 6:19-bk-15703-SY<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s). | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>Mark J. Pacitti and Diane L. Pacitti</u>,
   filed a motion or application (Motion) entitled <u>Motion Under LBR3015-1(n) and (2) to Modify Plan</u>
   <u>or Suspend Plan Payments+</u>.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☒ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                              Page 1                                   F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 10/31/2019

_____
Signature of Movant or attorney for Movant

_____
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                               Page 2                    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The Ashcraft Firm
29970 Technology Dr., Suite 217
Murrieta, CA 92563

A true and correct copy of the foregoing document entitled: __Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* __10/31/2019__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson, Chapter 13 Trustee, notice-efile@rodan13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* __10/31/2019__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun, USBC, 3420 12th Street, Suite 125, Riverside, CA 92501
Mark J. Pacitti and Diane L. Pacitti, 29142 Oak Creek Road, Menifee, CA 92584

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2019 | Gregory C. Ashcraft | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 3            F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Gregory C. Ashcraft, SBN 295946<br>Law Offices of Gregory C. Ashcraft, APC<br>29970 Technology Drive, Ste. 217<br>Murrieta, CA 92563<br>951-304-3431 phone<br>951-304-0941 fax<br>firm@ashcraftfirm.com | FOR COURT USE ONLY |
|---|---|
| ☐ Individual appearing without attorney<br>☒ Attorney for: Debtors | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>Mark J. Pacitti<br>Diane L. Pacitti<br><br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-15703-SY<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w)<br>TO MODIFY PLAN OR<br>SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1.  The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2.  The purpose of this motion is to *(check all that apply)*:
    ☒ Cure the delinquency.
    ☐ Address the expiration of the plan.
    ☐ Cure the infeasibility of the plan.
    ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3.  Terms of original confirmed Chapter 13 Plan:
    The Order Confirming Plan was entered on 10/10/2019 .
    Plan payment amount(s): $ 890.00 per month.
    Length of plan: 60 months.
    Percentage paid to Class 5 general unsecured creditors: 100 %.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. There have been __no__ previous modification or suspension orders.
   Plan payments have been suspended for __zero__ months and/or the plan has been extended for __zero__ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order):*
   Plan payment amount(s):$_____ per month.
   Length of plan: _____ months.
   Percentage paid to Class 5 general unsecured creditors: _____%.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* _____ plan payments.
   ☐ Extend the term by *(indicate number of months)* _____ month(s).
   ☐ Reduce the term by *(indicate number of months)* _____ month(s).
   ☐ Increase the plan payment from $_____ to $_____
      from (date) _____ to (date) _____.

   ☒ Reduce the plan payment from $ 890.00 to $ 740.00
      from (date) 10/28/2019 to (date) 8/28/2024.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   Fewer claims were filed in the case than were listed in the petition. The plan can be paid at 100% to unsecured creditors with a plan payment of $740. Debtor requests that the plan payment be reduced to $740. Debtors' income and expenses remain unchanged.

   *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable __60__ months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: 10/31/19                                    _____
                                                  Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 10-28-19                                    _____
                                                  Debtor

Date: 10-28-19                                    _____
                                                  Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2              F 3015-1.05.MOTION.MODIFY.SUSPEND

**DECLARATION OF DEBTOR**

Gregory C. Ashcraft, SBN 295946
Law Offices of Gregory C. Ashcraft, APC
29970 Technology Drive, Ste. 217
Murrieta, CA 92563
951-304-3431 (phone)
951-304-0941 (fax)
firm@ashcraftfirm.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

Mark J. Pacitti

Diane L. Pacitti

        Debtor(s).

Chapter 13
Case No.: **6:18-bk-18629-SY**

**DECLARATION IN SUPPORT OF MOTION TO MODIFY PLAN PAYMENT**

I, Mark Pacitti, declare that I am one of the debtors in the above-entitled Chapter 13 Bankruptcy. I am competent to testify, have personal knowledge of the facts set forth below and, if called upon to testify, I could and would testify as follows:

1. Fewer unsecured creditors filed claims than were listed in our Chapter 13 petition.

1

2. Based on the lower total amount of claims, my plan payment can be reduced to $740 and continue to pay 100% of the unsecured claims filed.

3. Attached hereto as Exhibit A is a true and correct copy of my Schedule I and J showing my current income and expenses. These schedules have not changed since my Chapter 13 petition was filed.

4. Attached hereto as Exhibit B is a true and correct copy of paystubs for both myself and my wife.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/17/2019

*Mark J. Pacitti*
Mark J. Pacitti

**EXHIBIT A**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Mark J. Pacitti |
| Debtor 2 (Spouse, if filing) | Diane L. Pacitti |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 6:19-bk-15703-SY |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

    | | Debtor 1 | Debtor 2 or non-filing spouse |
    |---|---|---|
    | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
    | Occupation | Store Manager | Medical Assistant |
    | Employer's name | Commercial Channel Merchants | Temecula Valley Primary Care Physicians |
    | Employer's address | CA Support Services<br>7344 Bandini Blvd.<br>Los Angeles, CA 90040 | 40285 Winchester Road #103<br>Temecula, CA 92591 |
    | How long employed there? | 2016 to present | 10/2012 topresent |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,923.10 | $ 2,504.51 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 5,923.10 | $ 2,504.51 |

Debtor 1  Mark J. Pacitti
Debtor 2  Diane L. Pacitti                                                      Case number (if known)  6:19-bk-15703-SY

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 5,923.10 | $ 2,504.51 |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 1,056.91 | $ 349.81 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 296.16 | $ 250.44 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 73.63 | $ 168.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ $ | 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 1,426.70 | $ 768.25 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 4,496.40 | $ 1,736.26 |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. $ | 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. $ | 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 4,496.40 + $ 1,736.26 | = $ 6,232.66 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*.<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.<br>Specify: _____ | 11. +$ |  | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. $ |  | 6,232.66<br>Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                                    Schedule I: Your Income                                    page 2

Fill in this information to identify your case:

Debtor 1: Mark J. Pacitti

Debtor 2: Diane L. Pacitti
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 6:19-bk-15703-SY
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?
   
   ■ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ■ No
   
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent……
   
   Do not state the dependents names.
   
   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1,679.09

   If not included in line 4:
   
   4a. Real estate taxes                                              4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses                  4c. $ 0.00
   4d. Homeowner's association or condominium dues                    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  Mark J. Pacitti
Debtor 2  Diane L. Pacitti                                    Case number (if known)  6:19-bk-15703-SY

6. **Utilities:**
   6a. Electricity, heat, natural gas                                6a. $ 200.00
   6b. Water, sewer, garbage collection                              6b. $ 85.00
   6c. Telephone, cell phone, Internet, satellite, and cable services 6c. $ 210.00
   6d. Other. Specify:                                                6d. $ 0.00
7. **Food and housekeeping supplies**                                 7. $ 750.00
8. **Childcare and children's education costs**                       8. $ 0.00
9. **Clothing, laundry, and dry cleaning**                            9. $ 165.00
10. **Personal care products and services**                           10. $ 70.00
11. **Medical and dental expenses**                                   11. $ 20.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                      12. $ 400.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ 100.00
14. **Charitable contributions and religious donations**              14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                               15a. $ 128.00
    15b. Health insurance                                             15b. $ 0.00
    15c. Vehicle insurance                                            15c. $ 163.00
    15d. Other insurance. Specify:                                    15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:  IRS Payment Plan                                        16. $ 278.00
    Specify:  FTB Payment Plan                                            $ 88.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                   17a. $ 141.68
    17b. Car payments for Vehicle 2                                   17b. $ 0.00
    17c. Other. Specify:  High mileage vehicle maintenance            17c. $ 200.00
    17d. Other. Specify:                                              17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18. $ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify:                                                          19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property                                  20a. $ 0.00
    20b. Real estate taxes                                            20b. $ 0.00
    20c. Property, homeowner's, or renter's insurance                 20c. $ 0.00
    20d. Maintenance, repair, and upkeep expenses                     20d. $ 0.00
    20e. Homeowner's association or condominium dues                  20e. $ 0.00
21. **Other:** Specify:                                               21. +$ 0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                      $ 4,677.77
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses.   $ 4,677.77

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $ 6,232.66
    23b. Copy your monthly expenses from line 22c above.              23b. -$ 4,677.77

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                     23c. $ 1,554.89

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.    Explain here:

Official Form 106J                          Schedule J: Your Expenses                          page 2

**EXHIBIT B**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Company Name | Temecula Valley Primary Care Physicians | | | | | | | Processed By Meridian Payroll Group, Inc. | |
| Address | 40285 Winchester Rd, Ste 103 Temecula, CA 92591 | | | | | | | (951) 296-5844 | |
| Federal EIN | ******8153 | (W) CA EIN | 313-0360-5 | | | (R) EIN | | | |
| Employee Name | Diane L. Pacitti | | | | | | | UCI State | CA |
| Company No. | 151148 | Payroll No. | 127 | Pay Freq. | Semi-Monthly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 6 | Division No. | 0 | Start Date | 10/09/2019 | Federal | Married | 0 | | |
| SSN No. | *******4010 | Home Dept. No. | 1 | End Date | 10/23/2019 | (W) CA | Married - 1 Work | 0 | | |
| Check No. | 100184 | Net Pay | 815.29 | Check Date | 10/25/2019 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | 176.00 | Balances | | | | |
| Memos | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 1 | 0-Regular Pay | 14.5000 | 81.14 | 1,176.53 | 0-Regular Pay | 1,565.98 | 22,706.77 | Federal WH | 54.20 | 1,215.44 | 3-401(k) | 58.83 | 1,245.68 |
| | | | | | 18-PTO | 128.50 | 1,863.25 | OASDI | 67.73 | 1,440.49 | 6-Health Insura | 84.00 | 1,680.00 |
| | | | | | OverTime Pay | 15.80 | 343.67 | Medicare | 15.84 | 336.89 | 7-401(k) Roth | 58.83 | 1,245.68 |
| | | | | | | | | CA: State WH | 10.88 | 246.41 | M1-401(k) Mat | 47.06 | 996.52 |
| | | | | | | | | CA: State SDI | 10.93 | 232.35 | | | |
| | Employee Totals | | 81.14 | 1,176.53 | Total YTD: | 1,710.28 | 24,913.69 | | 159.58 | 3,471.58 | | 248.72 | 5,167.88 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**California Support Services**
Sub of CCM of CA, LLC
7344 Bandini Blvd
Commerce, CA 90040

Direct Deposit Advice

Check Date
October 18, 2019

paylocity

Voucher Number
6175

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| US BANK NA  C | ***0320 | 1,014.54 |
| Total Direct Deposits | | 1,014.54 |

88921   8-COM-105   446 6175 11981          88921
Mark Pacitti
29142 Oak Creek Rd
Menifee, CA 92584

## Non Negotiable - This is not a check - Non Negotiable

### California Support Services

**Mark Pacitti**                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 446 | Fed Taxable Income | 1,256.98 | Check Date | October 18, 2019 |
| Location | 8-COM-105 | Fed Filing Status | M-1 | Period Beginning | October 7, 2019 |
| Salary | $1,346.16 | State Filing Status | M-2 | Period Ending | October 13, 2019 |

Voucher Number   6175
Net Pay   1,014.54

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 53.84 | 2,261.28 |
| Salary | | 40.00 | 1,346.16 | 56,538.72 |
| Gross Earnings | | 40.00 | 1,346.16 | 56,538.72 |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 22.11 | 937.23 |
| CASDI-E | 12.57 | 529.87 |
| FITW | 106.45 | 4,416.69 |
| MED | 19.20 | 809.29 |
| SS | 82.11 | 3,460.45 |
| Taxes | 242.44 | 10,153.53 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 67.31 | 2,827.02 |
| Dental Ins | 3.16 | 9.48 |
| Medical Ins | 18.09 | 689.61 |
| Vision | 0.62 | 26.04 |
| Deductions | 89.18 | 3,552.15 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| US BANK NA  C | ***0320 | 1,014.54 |
| Total Direct Deposits | | 1,014.54 |

| Time Off | Used | Availabl |
|---|---|---|
| Sick | 0.00 | 24.00 |
| Vacation | 0.00 | 90.77 |

California Support Services | Sub of CCM of CA, LLC 7344 Bandini Blvd  Commerce, CA 90040 | (213) 228-9900 | FEIN: 46-1342859 | CA: 010-9110-7

**California Support Services**
Sub of CCM of CA, LLC
7344 Bandini Blvd
Commerce, CA 90040

Direct Deposit Advice

Check Date
October 25, 2019

*paylocity*

Voucher Number
6305

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits Type | Account | Amount |
|---|---|---|
| US BANK NA  C | ***0320 | 1,014.55 |
| **Total Direct Deposits** | | **1,014.55** |

88921   8-COM-105   446  6305  12227        88921
Mark Pacitti
29142 Oak Creek Rd
Menifee, CA  92584

## Non Negotiable - This is not a check - Non Negotiable

### California Support Services

**Mark Pacitti**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 446 | Fed Taxable Income | 1,256.98 | Check Date | October 25, 2019 |
| Location | 8-COM-105 | Fed Filing Status | M-1 | Period Beginning | October 14, 2019 |
| Salary | $1,346.16 | State Filing Status | M-2 | Period Ending | October 20, 2019 |

**Earnings Statement**

Voucher Number  6305
Net Pay  1,014.55

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 53.84 | 2,315.12 |
| Salary | | 40.00 | 1,346.16 | 57,884.88 |
| **Gross Earnings** | | **40.00** | **1,346.16** | **57,884.88** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 22.11 | 959.34 |
| CASDI-E | 12.57 | 542.44 |
| FITW | 106.45 | 4,523.14 |
| MED | 19.20 | 828.49 |
| SS | 82.10 | 3,542.55 |
| **Taxes** | **242.43** | **10,395.96** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 67.31 | 2,894.33 |
| Dental Ins | 3.16 | 12.64 |
| Medical Ins | 18.09 | 707.70 |
| Vision | 0.62 | 26.66 |
| **Deductions** | **89.18** | **3,641.33** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| US BANK NA  C | ***0320 | 1,014.55 |
| **Total Direct Deposits** | | **1,014.55** |

| Time Off | Used | Availabl |
|---|---|---|
| Sick | 0.00 | 24.00 |
| Vacation | 0.00 | 92.31 |

California Support Services | Sub of CCM of CA, LLC 7344 Bandini Blvd  Commerce, CA 90040 | (213) 228-9900 | FEIN: 46-1342859 | CA: 010-9110-7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Gregory C. Ashcraft, APC, 29970 Technology Drive, Ste. 217, Murrieta, CA 92563

A true and correct copy of the foregoing document entitled: **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 10/21/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson, Chapter 13 Trustee, notice-efile@rodan13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* 10/31/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Yun, USBC, 3420 12th Street, Suite 125, Riverside, CA 92501
Diane and Mark Pacitti, 29142 Oak Creek Road, Menifee, CA 92584

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/31/2019 | Gregory C. Ashcraft | */s/ Gregory C. Ashcraft* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.